NOT FOR PUBLICATION (Docket Nos. 10, 15, 17, 19, 28)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

_____
                                          :
HECTOR HUERTAS,                           :
                                          :
            Plaintiff,                    :    Civil No. 09-2604(RBK/JS)
                                          :
      v.                                  :    **ORDER**
                                          :
GALAXY ASSET MANAGEMENT, f/k/a,           :
GALAXY ASSET PURCHASING,                  :
CAPITAL MANAGEMENT SERVICES,              :
L.P., ASSET MANAGEMENT                    :
PROFESSIONALS, LLC, EXPERIAN              :
INFORMATION SOLUTIONS, LLC,               :
TRANSUNION, LLC, and APPLIED              :
CARD BANK, f/k/a CROSS COUNTRY            :
BANK,                                     :
                                          :
            Defendants.                   :
_____           :

   **THIS MATTER** having come before the Court upon separate motions by Defendants Applied Card Bank ("ACB") and Asset Management Professionals ("AMP") to dismiss the Complaint of Plaintiff Hector Huertas ("Plaintiff") and upon Plaintiff's motion for judgment on the pleadings and for sanctions, as well as Plaintiff's motions to seal Exhibits B and B-1 filed in connection with the aforementioned motion; and the Court having considered the submissions of the parties; and for the reasons expressed in an Opinion issued today;

   **IT IS HEREBY ORDERED** that Defendant ACB's motion to dismiss the counts alleged against it in the Complaint is **GRANTED**; and

1

**IT IS FURTHER ORDERED** that Defendant AMP's motion to dismiss the counts alleged against it in the Complaint is **GRANTED**; and

**IT IS FURTHER ORDERED** that Plaintiff's motion for judgment on the pleadings and for sanctions is **DENIED**; and

**IT IS FURTHER ORDERED** that Plaintiff is **GRANTED** leave to amend the Complaint by March 18, 2010 to reflect Plaintiff's theory that the Debt was extinguished or otherwise rendered uncollectible as a consequence of prior bankruptcy proceedings; and

**IT IS FURTHER ORDERED** that Plaintiff is **DENIED** leave to amend the Complaint on any other basis; and

**IT IS FURTHER ORDERED** that Plaintiff's motions to seal Exhibits B and B-1 are **DENIED**.

Dated: 3-9-2010  /s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge